IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRENE HECHT, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  -v-<br><br>COSMEDICAL TECHNOLOGIES, LLC,<br><br>        Defendant. | Civil Case Number: 1:20-cv-05727-LJL |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' October 16, 2020 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. 1:20-cv-05727-LJL, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __10th__ **day of October, 2020.**

                       _[signature]_

                   HONORABLE LEWIS J. LIMAN
                   UNITED STATES DISTRICT JUDGE